IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. CR 05 139T |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| RAUL ORTIZ | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about December 9, 2005, in the District of Rhode Island, the Defendant, RAUL ORTIZ, by intimidation, did knowingly take from the person and presence of another money, namely approximately $1,760.00, (one thousand, seven hundred and sixty dollars), belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE FILED: December 21, 2005