AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
v.
Raul Ortiz

**APPEARANCE**

Case Number: CR05-139T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Ortiz

I certify that I am admitted to practice in this court.

1-3-6
Date

Signature

K. J. Fitzgerald
Print Name

5775
Bar Number

10 Weybossett Street, Suite 300
Address

Providence | RI | 02903
City | State | Zip Code

(401) 528-4281
Phone Number

(401) 528-4285
Fax Number