**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR05-0139T** |
| | ) | |
| **RAUL ORTIZ** | ) | |

---

**NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY**

Now comes Raul Ortiz, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment. Mr. Ortiz requests the Court to schedule a change of plea hearing at the earliest convenience.

Respectfully Submitted
Raul Ortiz,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this motion to be delivered to AUSA Zechariah Chafee, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 2nd day of March, 2006.