# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

*Cr. No. CR05-139T*

RECEIVED
APR 0 4 2006
US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Raul Ortiz**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the 7th day of **April, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

[illegible] that [illegible] ordered
Dep[illegible] Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: April 4, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** ______________________
***Ryan Jackson - Deputy Clerk***