**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-139T** |
| | ) | |
| **RAUL ORTIZ** | ) | |

---

**NOTICE OF APPEAL**

Now comes the defendant, Raul Ortiz, and notices his appeal to the United States Court of Appeals for the First Circuit of the sentence imposed in the matter on August 23, 2006.

Respectfully submitted
Raul Ortiz
By his attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401)528-4285 fax
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that on this 28th day of August, 2006, I filed and served by electronic notification, the within notice to Zechariah Chafee, AUSA, Office of the United States Attorney 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Kevin J. Fitzgerald
Assistant Federal Defender