MANDATE

05-00139
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 06-2355

UNITED STATES
Appellee

v.

RAUL ORTIZ
Defendant - Appellant

**JUDGMENT**

Entered: December 12, 2006
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

LLH
Deputy Clerk

Date: 12/12/06

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON

By: ____________________
Appeals Attorney

[cc: Raul Ortiz, Kevin J. Fitzgerald, AFPD, Donald Lockhart, AUSA]