Raul Ortiz

TO: CLERK MAGISTRATE office / CLERK OF COURTS

FROM: RAUL ORTIZ 1:05-CR-00139-T-LDA-All I.D # 05698-070

U.S.P ALLENWOOD

P.O. BOX 3000

whitedeer, P.A 17887

RE: U.S. V. Raul Ortiz DOCKET # 1:05-CR-00139-T-LDA-ALL

Dear Sir/Madam,

I am the defendant in the above docketed Case. I would like to pursue further appeal process, however I lack any of my paperwork,

I am a indegent inmate in the custody of 'federal Bureau of Prisons' (F.B.O.P), I am unable to afford to pay for any type of filing fees, that might be asked of me, so I am requesting that filing fees be waived.

I need my complete file; P.S.R reports, Docket Entry Sheet, Sentencing transcripts, etc, these items are very important to me. I can not file my appeal properly without these papers.

Thank You in advance,

Sincerely

[signature]

cc/ FILE