**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES

v. Cr. 05-139T

RAUL ORTIZ

**ORDER**

The motion by Raul Ortiz to proceed in forma pauperis is denied for the following reasons:

1. Mr. Ortiz is represented by counsel and any motion should be filed by counsel unless and until counsel ceases to represent him;

2. It appears that the appeal has been withdrawn. <u>See</u> attached Judgment dated December 12, 2006.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

Senior Judge Ernest C. Torres

2/22/07

MANDATE

05-00139
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 06-2355

UNITED STATES
Appellee

v.

RAUL ORTIZ
Defendant - Appellant

**JUDGMENT**

Entered: December 12, 2006
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON

By: ____________________
Appeals Attorney

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

LH
Deputy Clerk

Date: 12/13/06

[cc: Raul Ortiz, Kevin J. Fitzgerald, AFPD, Donald Lockhart, AUSA]